IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 3:24-cv-1271 |
| ) | Judge Trauger |
| **JUSTIN MCLAUGHLIN,** ) | |
| ) | LEAD CASE |
| Defendant. ) | |

*Consolidated With:*

---------------------------------------------------------

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-1272 |
| ) | Judge Trauger |
| **JORDAN MOI,** ) | |
| ) | Member Case |
| Defendant. ) | |

---------------------------------------------------------

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-174 |
| ) | Judge Trauger |
| **MATTHEW HAMMETT,** ) | |
| ) | Member Case |
| Defendant. ) | |

---------------------------------------------------------

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:24-cv-98 |
| | ) Judge Trauger |
| **SIAVASH AMIRRAHMAT,** | ) |
| | ) Member Case |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this matter, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a), hereby jointly stipulate and agree to the dismissal of this action, with prejudice, with each party to bear its own attorneys' costs and fees.

Jointly submitted on this, the 10th day of November, 2025.

| | |
|---|---|
| */s/ Marcia McShane*<br>Marcia McShane (TN Bar No. 020878)<br>Joseph P. Shelton (TN Bar No. 037426)<br>**FISHER & PHILLIPS LLP**<br>424 Church Street, Suite 1700<br>Nashville, Tennessee 37219<br>Telephone:(615) 488-2900<br>Facsimile: (615) 488-2928<br>Email: jshelton@fisherphillips.com<br>            mmcshane@fisherphillips.com<br><br>- AND -<br><br>Donald E. English, Jr. (*admitted pro hac vice*)<br>**MORGAN LEWIS**<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Email: donald.english@morganlewis.com<br><br>*Counsel for Plaintiff* | **POLSINELLI PC**<br><br>*/s/ Joseph Hubbard (by MM w/permission)*<br>Joseph Hubbard (TN Bar No. 29226)<br>501 Commerce Street, Suite 1300<br>Nashville, TN 37203<br>Telephone: (615) 252-3940<br>Facsimile: (615) 259-1573<br>Email: joseph.hubbard@polsinelli.com<br><br>Eric. E Packel (*admitted pro hac vice*)<br>Emma R. Schuering (*admitted pro hac vice*)<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>Telephone: (816) 753-1000<br>Facsimile: (816) 572-5049<br>Email: epackel@polsinelli.com<br>            eschuering@polsinelli.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I, Marcia McShane, hereby certify that on this, the 10th day of November, 2025, I electronically filed the foregoing ***Joint Stipulation of Dismissal with Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Joseph Hubbard
**POLSINELLI PC**
501 Commerce Street, Suite 1300
Nashville, TN 37203
joseph.hubbard@polsinelli.com

Eric Packel & Emma Schuering
**POLSINELLI PC**
900 W 48th Place, Suite 900
Kansas City, MO 64112
epackel@polsinelli.com
eschuering@polsinelli.com

*Counsel for Defendants*

/s/ Marcia McShane
Marcia McShane